**STATE of Missouri, Plaintiff/Respondent,**

v.

**William SISK, Defendant/Appellant.**

No. 72423.

Missouri Court of Appeals,
Eastern District,
Division One.

Feb. 24, 1998.

Rosalynn Koch, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chessar, Asst. Atty. Gen., Jefferson City, for respondent.

Before GRIMM, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

### ORDER

PER CURIAM.

A jury found defendant guilty of two counts of the Class D felony of nonsupport under section 568.040, RSMo 1994. The trial court fined him $500 on each count.

We have studied the briefs, legal file, and transcript. No error of law appears and no jurisprudential purpose would be served by a written opinion.

The judgment is affirmed pursuant to Rule 30.25(b).